GEORGE LANE v. L. K. SCROGGIN. No. 12,243. (66 Pac. 1084.) Error from Cowley district court. Opinion filed December 7, 1901. Division one. *Affirmed.* Hackney & Lafferty, and S. A. Smith, for plaintiff in error. J. S. Dey, for defendant in error.

ALBERT HONEYWELL v. W. F. THAYER *et al.* No. 12,249. (66 Pac. 1084.) Error from Harper district court. Opinion filed December 7, 1901. Division one. *Affirmed.* Sankey & Campbell, for plaintiff in error. J. Mack Love, and A. M. Dean, for defendants in error.

CHARLES L. BROWN, as *Administrator,* v. THE MECHANICS' BUILDING AND LOAN ASSOCIATION. No. 12,252. (66 Pac. 986.) Error from Cowley district court. Opinion filed December 7, 1901. Division one. *Affirmed.* Charles L. Brown, for plaintiff in error. G. H. Buckman, for defendant in error.

EDWARD L. PECKHAM v. CHARLES DAY. No. 12,253. (66 Pac. 1085.) Error from Cowley district court. Opinion filed December 7, 1901. Division one. *Affirmed.* Dale & Bierer, and G. H. Buckman, for plaintiff in error. Tetirick & Rose, and H. C. Hargis, for defendants in error.

THE MISSOURI PACIFIC RAILWAY COMPANY v. J. E. FISHBACK. No. 12,254. (66 Pac. 994.) Error from Sedgwick district court. Opinion filed December 7, 1901. Division one. *Reversed.* J. H. Richards, C. E. Benton, and David Smyth, for plaintiff in error. Amidon & Conly, for defendant in error.

THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY v. BRIDGET IRETON. No. 12,258. (66 Pac. 987.) Error from Cowley district court. Opinion filed December 7, 1901. Division one. *Affirmed.* A. A. Hurd, and O. J. Wood, for plaintiff in error. Hackney & Lafferty, for defendant in error.

S. W. COOPER v. MAGGIE HOLMES. No. 12,267. (66 Pac. 1083.) Error from Sedgwick district court. Opinion filed December 7, 1901. Division one. *Affirmed.* Stanley, Vermilion & Evans, for plaintiff in error. Dyer & Davis, for defendant in error.

ALFRED A. ABBOTT *et al.* v. ARKANSAS CITY BUILDING AND LOAN ASSOCIATION. No. 12,244. (66 Pac. 1041.) Error from Cowley district court. Opinion filed December 7, 1901. Division one. *Affirmed.* C. T. Atkinson, for plaintiffs in error. C. L. Swarts, for defendant in error.

S. L. CHENEY v. PERCY C. STEVENS. No. 12,366. (66 Pac. 1083.) Error from Cherokee district court. Opinion filed December 7, 1901. Division one. (Submitted in October.) *Affirmed.* C. D. Ashley, and Blue & Glasse, for plaintiff in error. C. A. McNeill, and E. M. Tracewell, for defendant in error.

JOHN SODERSTROM v. W. B. MCWILLIAMS AND D. A. DABNEY. No. 12,401. (66 Pac. 1001.) Error from Montgomery district court. Opinion filed December 7, 1901. Division one. *Affirmed.* Ergenbright & Banks, for plaintiff in error. Clark & Brown, for defendants in error.

THE SEHRT-PATTERSON MILLING COMPANY v. J. M. HUGHES. No. 12,-405. (66 Pac. 1086.) Error from Montgomery district court. Opinion filed December 7, 1901. Division one. *Affirmed.* J. D. McCue, for plaintiff in error. T. H. Stanford, and Wm. Dunkin, for defendant in error.